# United States Bankruptcy Court
## District of Utah

In re: RaPower-3, LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RaPower-3, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

DCL16BLT, Inc.
2730 W. 4000 S.
Oasis, UT 84624

☐ None [*Check if applicable*]

June 29, 2018
Date

*/s/ Jeffrey D. Tuttle*
Jeffrey D. Tuttle
Signature of Attorney or Litigant
Counsel for RaPower-3, LLC
Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
801-257-1900 Fax:801-257-1800
jtuttle@swlaw.com