Fill in this information to identify the case:

Debtor name: **RaPower-3, LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cook, Ryan / Cook AES, LLC<br>2608 Shagbark SE<br>Grand Rapids, MI 49546 | | Potential trade debt | Contingent Unliquidated | | | $156,500.00 |
| Draper, Scott<br>628 Junegrass Court<br>Colorado Springs, CO 80921 | | Potential trade debt | Contingent Unliquidated | | | $198,450.00 |
| Frank Lunn<br>108 N Marsh Hawk Dr<br>Le Roy, IL 61752 | | Potential trade debt | Contingent Unliquidated | | | $913,500.00 |
| Gardner, Glenn<br>3332 N. Woodlawn Ave.<br>Metairie, LA 70006 | | Potential trade debt | Contingent Unliquidated | | | $157,500.00 |
| Hamblin, Roger<br>W. Tenaya Dr.<br>Ivins, UT 84738 | | Potential trade debt | Contingent Unliquidated Disputed | | | $448,000.00 |
| Hawes, Kurt<br>1366 E. Murray Holladay Road<br>Salt Lake City, UT 84117 | | Potential trade debt | Contingent Unliquidated | | | $7,500.00 |
| Jameson, Richard<br>North Star Tax Services, LLC<br>782 River Road #348<br>Saint George, UT 84790 | | Potential trade debt | Contingent Unliquidated | | | $25,000.00 |
| Johnson, Glenda<br>2730 West 400 South<br>Oasis, UT 84624 | | Loan | Contingent Unliquidated | | | $0.00 |

| Debtor **RaPower-3, LLC** | | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jones, Paul**<br>**Hale & Wood, PLLC**<br>**4766 S. Holladay Blvd.**<br>**Salt Lake City, UT 84117** | | **Professional services** | **Unliquidated** | | | **$0.00** |
| **Kerr, Walter**<br>**165 Township Rd. 294**<br>**Salineville, OH 43945** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$189,000.00** |
| **Kingsley, Jason**<br>**545 Seminole**<br>**Muskegon, MI 49444** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$105,000.00** |
| **Mason, Dana**<br>**47315 Galindo Dr.**<br>**Fremont, CA 94539** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$238,770.00** |
| **Peterson, Gary CPA**<br>**11576 State Street, #202**<br>**Draper, UT 84020** | | **Professional services** | **Unliquidated** | | | **$0.00** |
| **Reay, Donald S.**<br>**2696 N. University Ave., Suite 180**<br>**Provo, UT 84604** | | **Professional services** | **Unliquidated** | | | **$35,000.00** |
| **Swenson, Lyle**<br>**PO Box 775**<br>**Salem, UT 84653** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$252,000.00** |
| **Taylor, Koby**<br>**2354 Leda Lane**<br>**Santa Clara, UT 84765** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$330,750.00** |
| **Tiell, Deborah**<br>**4141 N. County Rd. 11**<br>**Tiffin, OH 44883** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$220,500.00** |
| **Tiell, Dexter**<br>**4141 N. County Rd. 11**<br>**Tiffin, OH 44883** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$163,200.00** |
| **U.S. Department of Justice, Tax Division**<br>**P.O. Box 7238**<br>**Washington, DC 20044** | | **Potential litigation claim** | **Contingent Unliquidated Disputed** | | | **$32,000,000.00** |
| **Wallentine, Jeffrey**<br>**200 N Loafer Canyon Rd**<br>**Elk Ridge, UT 84651** | | **Potential trade debt** | **Contingent Unliquidated** | | | **$262,500.00** |